## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETZAIDA ARROYO, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | NO. 21-cv-05087-RAL |
| Commissioner of Social Security, | : | |

**O R D E R**

**AND NOW** this 23rd day of August, 2022, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Complaint (Doc. No. 1) and Brief and Statement of Issues (Doc. No. 6) is **DENIED**, consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

    *s/ Richard A. Lloret*
**HON. RICHARD A. LLORET**
**United States Magistrate Judge**